# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131544

MARK ROZENBERG,
        Plaintiff-Appellant,

v

                                  SC: 131544
                                  COA: 259217
                                  Oakland CC: 99-013786-CK

RETRIEVAL METHODS, INC., a
Pennsylvania Corporation, EDWARD
GIEBEL, and JOHN KRAVETZ,
        Defendants-Appellees,

and

RETRIEVAL METHODS, INC., a Michigan
Corporation, and STANLEY RAY,
        Defendants.
_____/

        On order of the Court, the application for leave to appeal the April 11, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

d1023

                              Clerk